# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>FUNDSHOP, LLC,<br><br>　　　　　　　Defendant. | CASE NO. 19cv1319-LAB (JLB)<br><br>**ORDER REQUIRING RESPONSE;**<br><br>**ORDER VACATING HEARING** |

　　　　Defendant FundShop's opposition to Plaintiff Anton Ewing's Motion for a More Definite Statement, (Dkt. 7), was due on September 16, 2019.  No opposition was filed.  In the event the case does not settle at the October 2, 2019 Early Neutral Evaluation, Defendant FundShop must file its opposition—or notice of non-opposition—by **October 9, 2019**.  Failure to do so may constitute consent to Ewing's motion being granted.  Civ. L.R. 7.1(f)(3)(C).  Given the straightforward nature of the motion, no replies are to be filed.  The Court will rule on the papers.  The hearing on September 30, 2019 is **VACATED.**

　　　　**IT IS SO ORDERED**.

Dated: September 24, 2019

　　　　　　　　　　　　　　　　　　　　　　　_Larry A. Burns_
　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge