Anton Ewing (not an attorney)
3077 Clairemont Dr #372
San Diego, CA 92117
619-719-9640

Plaintiff in Pro Per

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br>Plaintiff,<br><br>vs.<br><br>FundShop, LLC, aka Fundshop<br><br>Defendant. | Civil Case No. 19-CV-1319 LAB JLB<br><br>*[Honorable Judge Larry A. Burns]*<br><br>**NOTICE OF SETTLEMENT**<br><br>No oral argument unless ordered by the Court |

May is please the Court, the parties have reached a settlement and in fact signed an agreement. The Parties need to respectfully request the case be stay or put on the inactive calendar for six months while the parties each fullfil their obligations. A Rule 41 joint dismissal with prejudice will be filed immediately

NOTICE OF SETTLMENT - 1

19CV1319

thereafter.  The motion for more definite statement is now moot and should be withdrawn or otherwise removed from the Court's calendar.  Defendant's attorney's were a pleasure to work with and maintained a respectfully and professional atmosphere throughout the duration of this case.

Dated:  September 24, 2019

/S/ *Anton Ewing*
Anton Ewing, Plaintiff

Civil Case No.3:19-cv-1319

# PROOF OF SERVICE

I, Anton Ewing, being a United States Citizen and over the age of 18 and a party to this case, hereby declare that I have served the following documents:

**NOTICE OF SETTLEMENT**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.

On: September 24, 2019

In the following manner:

\_\_x\_ - By placing a true and correct copy of the same in the US mail, first class postage prepaid, on September 24, 2019 to:

William L. Miltner, Esq 139097
Miltner & Menck, APC
402 West Broadway, Suite 800
San Diego, CA 92101

\_\_\_By scanning and emailing the same, to   on this date.

\_\_\_ - By placing a true and correct copy of the same in the USA service pick up box at the federal district court

I declare under penalty of perjury that the above is true and correct. My business address is 3077 Clairemont Dr #372, San Diego, CA 92117.

Dated: \_\_\_\_ September 24, 2019\_\_\_

/s/ Anton Ewing
Anton Ewing