# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Case Name: | Ewing v. FundShop, LLC | Case No.: | 19-cv-01319-LAB (JLB) |
|---|---|---|---|

| Hon. Jill L. Burkhardt | Ct. Deputy Carolina Lopez | Rptr. Tape: n/a |
|---|---|---|

On September 24, 2019, Plaintiff filed a Notice of Settlement. (ECF No. 10.) Accordingly, **IT IS HEREBY ORDERED**:

1. The Early Neutral Evaluation and Case Management Conferences previously scheduled for October 2, 2019 (ECF No. 6) are **VACATED**.

2. A Joint Motion for Dismissal shall be electronically filed on or before **December 11, 2019**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Larry Alan Burns, shall be e-mailed to the chambers of the Honorable Larry Alan Burns.[2]

3. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before **December 11, 2019**, then a telephonic, counsel-only Settlement Disposition Conference shall be held on **December 13, 2019**, at **2:00PM** before Magistrate Judge Jill L. Burkhardt. For purposes of the Conference, counsel for Defendant shall initiate and coordinate placing a joint call into chambers at (619) 557-6624 with all counsel already on the line.

4. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before **December 11, 2019**, then the Settlement Disposition Conference shall be vacated without further court order.

Date: September 26, 2019                                              Initials: lc2

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id*. § 2(h), for the chambers' official e-mail address and procedures on e-mailing proposed orders.