# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                Plaintiff,<br><br>vs.<br><br>FUNDSHOP, LLC,<br><br>                Defendant. | CASE NO. 19cv1319-LAB (JLB)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR A MORE DEFINITE STATEMENT [Dkt. 7]** |

In light of the parties' Notice of Settlement, (Dkt. 10), Plaintiff Anton Ewing's Motion for a More Definite Statement is **DENIED WITHOUT PREJUDICE AS MOOT**. Dkt. 7.

**IT IS SO ORDERED.**

Dated: September 27, 2019

*/s/ Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge