Anton Ewing, Pro Se
3077 B Clairmont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com
Pro Se Plaintiff

William L. Miltner, Esq. SBN 139097
Autumn S. Frye, Esq. SBN 249421
MILTNER & MENCK, APC
Emerald Plaza
402 West Broadway, Suite 800
San Diego, California 92101
Telephone (619) 615-5333
Telefax (619) 615-5334
Attorney for Defendant

# THE UNITED STATES FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FundShop, LLC, also known as Fundshop<br><br>Defendant | Civil Case No. 3:19-cv-01319-LAB-JLB<br><br>**JOINT MOTION PURSUANT TO STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff Anton Ewing, In Pro Se, and through counsel for Defendant B & S CONSULTING GROUP L.L.C., erroneously sued as FundShop, LLC, also known as Fundshop, that the above-captioned action be and hereby is dismissed, with prejudice, pursuant to FRCP 41(a)(1).

**JOINT MOTION PURSUANT TO STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE- 1**

DATED: 12/11/19          /s/ Anton Ewing
                         Anton Ewing
                         Plaintiff In Pro Se
                         Email: anton@antonewing.com


                         **MILTNER & MENCK, APC**

DATED: 12/11/19


                         By:   /s/   William Miltner, Esq.
                               William Miltner, Esq.
                               **MILTNER & MENCK, APC**
                               Attorney for Defendant
                               FundShop, LLC also known as
                               Fundshop

**JOINT MOTION PURSUANT TO STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE- 2**