# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FUNDSHOP, LLC,<br><br>　　　　　　　　　　Defendant. | CASE NO. 19cv1319-LAB (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 13]** |

The parties' joint motion to dismiss is **GRANTED**.  Dkt. 13.  This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: December 16, 2019

_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -